UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  20-CR-1431-WQH-02 |
|---|---|
| Plaintiff, | |
| v. | Order to Continue |
| MARIA GEORVANELY VALDEZ, | Motion Hearing/Trial Setting |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that Ms. Valdez's Motion Hearing / Trial Setting hearing be continued to May 12, 2022, at 9:00 a.m. It is further ordered that time be excluded under the Speedy Trial Act due to pending motions. See, 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  April 11, 2022

Hon. William Q. Hayes
United States District Court