UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 20CR1431-WQH |
| Plaintiff, | |
| v. | ORDER |
| MARIA GEORVANELY VALDEZ, | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for May 12, 2022 at 9:00 a.m. be continued to June 9, 2022 at 9:00 a.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act in the interests of justice.

**IT IS SO ORDERED**.

Dated: April 29, 2022

Hon. William Q. Hayes
United States District Court